Form NMDap

# UNITED STATES BANKRUPTCY COURT
## *for the*
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Renovii Inc , <br>　　　Debtor(s). | Case No.: 23–40110 <br><br>Chapter: 7 |
| 　　　Janice Chen et al., <br>　　　Plaintiff(s) <br>vs. <br>　　　Renovii, Inc. , <br>　　　Defendant(s). | Adversary No. 23–04018 |

## ORDER AND NOTICE OF MISSING DOCUMENTS
## OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 5/5/23, it appears that the above–named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☐ Adversary Cover Sheet

☒ Failure to Pay Filing Fee of $350.00

☐ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 7007.1

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and/or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: <u>5/5/23</u>　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　William J. Lafferty
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge