# Notice Recipients

District/Off: 0971–4          User: admin                    Date Created: 5/5/2023

Case: 23–04018               Form ID: NMDAP                 Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty      Kim Dincel      Dincel Law Group, APC      96 N. Third Street, Ste. 525      San Jose, CA 95112

ust      Office of the U.S. Trustee/Oak      Office of the United States Trustee      Phillip J. Burton Federal Building      450 Golden Gate Ave. 5th Fl., #05–0153      San Francisco, CA 94102

TOTAL: 2