Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Chen et al v. Renovii, Inc. | Case No.: 23–04018 WJL 0 |
|---|---|---|
| | Debtor(s) | Chapter: 0 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on 05/05/2023 . Therefore, it is ordered that this case be **dismissed**.

Dated: 5/22/23

By the Court:

William J. Lafferty
United States Bankruptcy Judge