United States Bankruptcy Court

Northern District of California

Chen,
    Plaintiff

Renovii, Inc.,
    Defendant

Adv. Proc. No. 23-04018-WJL

# CERTIFICATE OF NOTICE

| District/off: 0971-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: NDC | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kim Dincel, Dincel Law Group, APC, 96 N. Third Street, Ste. 525, San Jose, CA 95112-7712 |
| dft | + | Renovii, Inc., 933 Corporate Way, Fremont, CA 94539-6118 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | May 24 2023 04:40:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 24 2023 04:40:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | May 24 2023 04:40:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | ^ | MEBN | May 24 2023 00:39:18 | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| ust | + | Email/Text: ustpregion17.oa.ecf@usdoj.gov | May 24 2023 00:45:00 | Office of the U.S. Trustee/Oak, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Janice Chen |
| pla | | Steven Lee |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023   Signature:   /s/Gustava Winters

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Chen et al v. Renovii, Inc. | Case No.: 23−04018 WJL 0 |
|---|---|---|
| | Debtor(s) | Chapter: 0 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on 05/05/2023 . Therefore, it is ordered that this case be **dismissed**.

Dated: 5/22/23

By the Court:

William J. Lafferty
United States Bankruptcy Judge